UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| TERRY CARDARO, ET AL | * | CIVIL ACTION |
|---|---|---|
| VERSUS | * | NO: 05-2684 |
| AEROJET GENERAL COPRORATION, ET AL | * | SECTION: "D"(1) |

### ORDER AND REASONS

Before the court is the **"No-Evidence Motion for Summary Judgment" (Doc. No. 134)** filed by Defendant, Badger Meter, Inc. ***No memorandum in opposition was filed***. The motion, set for hearing on Wednesday, April 8, 2009, is before the court on Defendant's briefs, without oral argument. Now, having considered the memorandum of counsel, the record, and the applicable law, the court finds there in no genuine issue of material fact, and Defendant, Badger Meter, Inc., s entitled to judgment as a matter of law.

Accordingly;

**IT IS ORDERED** that the **"No-Evidence Motion for Summary Judgment" (Doc. No. 134)** filed by Defendant, Badger Meter, Inc., be and is hereby **GRANTED**, dismissing Plaintiff's claims against Badger Meter, Inc. with prejudice.

New Orleans, Louisiana, this **8th** day of **April**, 2009.

                                                                   A.J. McNAMARA
                                       UNITED STATES DISTRICT JUDGE