UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TERRY CARDARO, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO: 05-2684 |
| AEROJET GENERAL COPRORATION, ET AL | * | SECTION: "D"(4) |

### ORDER AND REASONS

Before the court is the **"Motion for Summary Judgment" (Doc. No. 265)** filed by Defendant, Gardner Denver, Inc.  ***No memorandum in opposition was filed***. The motion, set for hearing on Wednesday, March 24, 2010, is before the court on Defendant's brief, without oral argument.  Now, having considered the memorandum of Defendant's counsel, the record, and the applicable law, the court finds there in no genuine issue of material fact, and Defendant, Gardner Denver, Inc., is entitled to judgment as a matter of law.

Accordingly;

**IT IS ORDERED** that the *unopposed* **"Motion for Summary Judgment" (Doc. No. 265)** filed by Defendant, Gardner Denver, Inc., be and is hereby **GRANTED**, dismissing Plaintiff's claims against Gardner Denver, Inc. with prejudice.

New Orleans, Louisiana, this **24th** day of **March**, 2010.

_____
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE